# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DEANGELO WILLIAMS

CIVIL ACTION

VERSUS

19-440-SDD-RLB

EHCC RECORD DEPARTMENT, ET AL.

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 2, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any potential state law claims and this action is hereby dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A1, at least until the conditions set forth in *Heck v. Humphrey* are met.

Signed in Baton Rouge, Louisiana on <u>October 29, 2019</u>.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 8.